IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN THOMAS, | : | 4:CV-05-2445 |
| Plaintiff, | : | |
| | : | |
| v. | : | (Judge Jones) |
| | : | |
| PATRICIA ROBINSON, ET AL. | : | |
| | : | |
| Defendants. | : | |

## MEMORANDUM AND ORDER

May 2 4, 2006

## THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On November 25, 2005, Plaintiff Brian Thomas ("Plaintiff" or "Thomas") filed a complaint pursuant to 42 U.S.C. § 1983 in the United States District Court for the Middle District of Pennsylvania. (Rec. Doc. 1). On May 15, 2006, however, in another case brought by Plaintiff against several of the same defendants named in the instant action, which was before the undersigned, Plaintiff filed an amended complaint and Amended Motion for Substitution and Recusal for Judge John E. Jones III for Cause [sic]. (Thomas v. State Constable Mark E. Fetzko, et al., No. 4:CV-06-426). The amended complaint in that action added the undersigned as a named defendant. In a May 23, 2006 Order, in light of the fact that the undersigned was named as a party defendant, Judge John E. Jones

1

III recused himself from the action and directed the Clerk to reassign the case.

As Judge John E. Jones III recused himself from the above-referenced case also brought by Plaintiff in this Court, it is appropriate at this juncture for him to also recuse himself from the case <u>sub judice</u> and direct the Clerk to reassign this case.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. Judge John E. Jones III is RECUSED from the above-captioned action.

2. The Clerk shall reassign this case.

John E. Jones III<br>
United States District Judge